IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

COREY TURNER                                                    PLAINTIFF

v.                              Case No. 11-6040

JACQUELINE MARVIN, *et al.*                                     DEFENDANTS

**ORDER**

Now on this 7th day of October 2011, there comes on for consideration the report and recommendation filed herein on September 14, 2011, by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas. (Doc. 6). No objections have been filed.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Plaintiff's IFP motion (doc. 1) is DENIED, and Plaintiff's Complaint is DISMISSED on the grounds that the claims are frivolous, asserted against individuals who are immune from suit, fail to state claims on which relief can be granted, or are not presently cognizable. *See* 28 U.S.C. § 1915(e)(2)(B)(i)-(iii)(IFP action may be dismissed on such grounds at any time).

IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　/s/ Robert T. Dawson
　　　　　　　　　　　　　　　　　　　　Honorable Robert T. Dawson
　　　　　　　　　　　　　　　　　　　　United States District Judge

**AO72A
(Rev. 8/82)**